IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEPHEN GADBERRY, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:07cv994 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| BETHESDA, INC., et. al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on October 14, 2008 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 4, 2008, hereby ADOPTS said Report and Recommendation.

Defendant Bethesda, Inc. (an Employee long-Term Disability Plan) is **DENIED.** Defendant Bethesda, Inc. (Plan Administrator), TriHealth, Inc. Long-Term Disability Benefit (An Employee Long Term Disability Plan) and TriHealth, Inc. (Plan Administrator) (Doc. 11) is **GRANTED.**

IT IS SO ORDERED.

                    ___s/Susan J. Dlott_____
                    Chief Judge Susan J. Dlott
                    United States District Court